IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00273-OES-PAC

DENISE SCHAECHER,

Plaintiff(s),

vs.

EAST WEST MOTOR EXPRESS, INC.,

Defendant(s).

ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 18, 2005

THIS MATTER having come before the Court upon a Stipulated Motion for

Dismissal, and the Court having read said motion and being advised in the premises,

HEREBY ORDERS that Plaintiff, Denis Schaecher, and Defendant, East West

Motor Express, Inc.'s Stipulated Motion for Dismissal is GRANTED, and that all claims

asserted by Plaintiff against Defendant shall be dismissed with prejudice, and that each

party shall pay their own attorneys' fees and costs.

Dated at Denver this day of November 18, 2005.

BY THE COURT:

 s/O. Edward Schlatter
O. Edward Schlatter
U.S. Magistrate Judge